```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 32136
   RILEY H ROGERS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7897


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 08/15/2005 and was not confirmed.

   The case was converted to chapter 7 without confirmation 08/26/2005.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
OPTION ONE MORTGAGE CORP  NOTICE ONLY    NOT FILED          .00            .00
OPTION ONE MORTGAGE       NOTICE ONLY    NOT FILED          .00            .00
COMMONWEALTH EDISON ~     UNSECURED         811.64          .00            .00
COOK COUNTY TREASURER     NOTICE ONLY    NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        2999.32          .00            .00
US AUTO TITLE LENDERS     NOTICE ONLY    NOT FILED          .00            .00
BROOKINS & WILSON         DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00


         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                    .00
ADMINISTRATIVE                               .00
TRUSTEE COMPENSATION                         .00
DEBTOR REFUND                                .00
                    --------------      --------------
TOTALS                   .00                 .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                             /s/ Tom Vaughn
   Dated: 12/06/05       _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE
```