UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| **RILEY H. ROGERS** ) | Case No. 05-32136 | |
| ) | | |
| Debtor(s). ) | Hon. **SUSAN PIERSON SONDERBY** | |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

   At:   United States Courthouse, 219 South Dearborn, Chicago, IL 60604 in Courtroom 642
   On: **June 3, 2009**         Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                                                $35,142.61

   Disbursements                                              $87.76

   Net Cash Available for Distribution                    $35,054.85

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH E. COHEN<br>*Trustee Compensation* | $0.00 | $2,543.43 | $24.30 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $2,021.50 | $0.00 |
| RONALD GERTZMAN | $0.00 | $2,760.00 | $0.00 |

*Special Counsel*

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.
   Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

7. Claims of general unsecured creditors totaling $11,016.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 114.8200% which includes 3.9% interest being paid on all unsecured claims.
   Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | ComEd | $811.64 | $931.93 |
| 000004 | Us Auto Title | $10,204.44 | $11,716.74 |

8. The Debtor will receive a surplus in the approximate amount of $15,056.95.

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor has been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $0.00 |

Dated: **April 23, 2009**                                         For the Court,

                                                  By:   **KENNETH S. GARDNER**
                                                           CLERK OF BANKRUPTCY COURT

Trustee:       Joseph E. Cohen
               Cohen & Krol
Address:       105 West Madison Street
               Suite 1100
               Chicago, IL  60602-0000
Phone No.:     (312) 368-0300

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Apr 23, 2009
Case: 05-32136                Form ID: pdf002              Total Served: 13

The following entities were served by first class mail on Apr 25, 2009.
db           +Riley H Rogers,    1842 West 108th Place,    Chicago, IL 60643-3332
aty          +Patience R Clark,    Law Office of Patience R. Clark P.C.,    30 N. LaSalle Street,   Suite 3400,
               Chicago, IL 60602-3337
tr           +Joseph E Cohen,    Tr.,    Cohen & Krol,    105 West Madison Suite 1100,   Chicago, IL 60602-4600
9694374      +COOK COUNTY TREASURE,    PO BOX 4476,    CAROL STREAM, IL 60197-4476
9694376      +OPTION ONE,    C/O CODILIS AND ASSOCIATES,    15W030 NORTH FRONTAGE ROAD,   SUITE 100,
               BURR RIDGE, IL 60527-6921
9694373      +OPTION ONE MORTAGE,    PO BOX 57054,    IRVINE, CA 92619-7054
9810719      +Option One Mortgage Corporation,    Attn: Mailstop DB-AM,    6501 Irvine Center Drive,
               Irvine, CA 92618-2118
9694375      +PEOPLES GAS,    130 E RANDOLPH DR. 23 FLOOR,    CHICAGO, IL 60601-6207
9697742      +PEOPLES GAS LIGHT & COKE COMPANY,    130 E. RANDOLPH DRIVE,   CHICAGO, IL 60601-6207
10566128     +Platinum Capital Investments, Inc Assignee,    C/O Kenneth Eng,   1608 Midwest Club Parkway,
               Oak Brook, IL 60523-2522
9694377      +US AUTO TITLE,    C/O GABRIEL B ANTMAN,    77 W WASHINGTON SUITE 719,   CHICAGO, IL 60602-3274
The following entities were served by electronic transmission on Apr 24, 2009.
9694372      +E-mail/Text: brandy.glashin@comed.com                             Comed,
               Attn: Bankruptcy Section/Revenue Managem,    2100 Swift Drive,   Oakbrook,IL 60523-1559
10469400     +E-mail/Text: sarah.chalfa@lighthousefinance.com
               Lighthouse Financial Group of Illinois, Inc.,    )PO Box 18512,   Tampa FL 33679-8512
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Ronald Gertzman
aty*         +Joseph E Cohen,    Tr.,    Cohen & Krol,    105 West Madison Suite 1100,   Chicago, IL 60602-4600
                                                                                               TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2009**                **Signature:**     *Joseph Speetjens*