# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-32136 SPS |
| RILEY H. ROGERS | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___, and it was converted to chapter 7 on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH E. COHEN_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Riley Rogers |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lighthouse Financial Group of Illinois PO Box 18512 Tampa, FL 33679 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lighthouse Financial PO Box 18512 Tampa, FL 33679 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| RONALD GERTZMAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Argent Healthcare Financial Services PO Box 40019 Phoenix, AZ 85067 | | | | | |
| City of Chicago Department of Water 333 S. State Street Suite LL10 Chicago, IL 60604 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenu 101 West Jefferson Street Springfield, IL 62702 | | | | | |
| Illinois Department of Revenue 101 West Jefferson Street Springfield, IL 62702 | | | | | |
| Internal Revenue Service 230 S. Dearborn St. STOP 5013-CHI Chicago, IL 60604 | | | | | |
| Internal Revenue Service 230 S. Dearborn St., Stop 5013-CHI Chicago, IL 60604 | | | | | |
| Northern Leasing Systems PO Box 7861 New York, NY 10116 | | | | | |
| Peoples Gas 130 E. Randolph Dr., 23 Floor Chicago, IL 60601 | | | | | |
| COMED | | | | | |
| US AUTO TITLE | | | | | |
| COMED | | | | | |
| US AUTO TITLE | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 05-32136 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | RILEY H. ROGERS | | | Date Filed (f) or Converted (c): | 08/26/05 (c) |
| | | | | 341(a) Meeting Date: | 10/24/05 |
| For Period Ending: | 10/27/09 | | | Claims Bar Date: | 01/27/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CASH | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2. HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | 0.00 |
| 3. APPAREL | 200.00 | 0.00 | | 0.00 | 0.00 |
| 4. PENSION | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 5. VEHICLE | 6,285.00 | 0.00 | | 0.00 | 0.00 |
| 6. SURPLUS FROM FORECLOSURE | 34,139.00 | 32,000.00 | | 34,638.53 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 505.81 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $42,124.00  $32,000.00  $35,144.34  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS EMPLOYED SPECIAL COUNSEL TO COLLECT SURPLUS FROM STATE COURT. TRUSTEE WAITING FOR FUNDS FROM CLERK OF COURT. TRUSTEE RECEIVED FUNDS IN AUGUST, 2006. TRUSTEE WAITING FOR SPECIAL COUNSEL TO SUBMIT HIS FEE APPLICATION. TRUSTEE ALSO TO EMPLOY AN ACCOUNTANT TO PREPARE TAX RETURNS. TRUSTEE WAITING FOR SPECIAL COUNSEL TO SUBMIT HIS FEE APPLICATION. TRUSTEE JUST RECEIVED STATEMENT OF SERVICES RENDERED FOR SPECIAL COUNSEL. TRUSTEE PREPARING HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 02/28/07     Current Projected Date of Final Report (TFR): 03/30/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-32136 -SPS | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | RILEY H. ROGERS | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6537 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7619 | | | |
| For Period Ending: | 10/27/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/18/06 | 6 | CLERK OF THE CIRCUIT CT. OF COOK COUNTY | FORECLOSURE SURPLUS | 1110-000 | 34,638.53 | | 34,638.53 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.54 | | 34,646.07 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.47 | | 34,674.54 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 29.46 | | 34,704.00 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.52 | | 34,732.52 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 29.50 | | 34,762.02 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 29.53 | | 34,791.55 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 26.69 | | 34,818.24 |
| 03/01/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-000 | | 28.03 | 34,790.21 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 29.57 | | 34,819.78 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.63 | | 34,848.41 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 29.60 | | 34,878.01 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.66 | | 34,906.67 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 29.65 | | 34,936.32 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 29.67 | | 34,965.99 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 22.27 | | 34,988.26 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 22.29 | | 35,010.55 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 18.70 | | 35,029.25 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 16.75 | | 35,046.00 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 13.89 | | 35,059.89 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 8.33 | | 35,068.22 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 30.93 | 35,037.29 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 8.29 | | 35,045.58 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 7.18 | | 35,052.76 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.45 | | 35,057.21 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.31 | | 35,061.52 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-32136 -SPS | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | RILEY H. ROGERS | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6537 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7619 | | | |
| For Period Ending: | 10/27/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.45 | | 35,065.97 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.45 | | 35,070.42 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.32 | | 35,074.74 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.40 | | 35,078.14 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.87 | | 35,081.01 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.77 | | 35,082.78 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 35,083.07 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 35,083.34 |
| 02/28/09 | 000303 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 28.80 | 35,054.54 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 35,054.85 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.77 | | 35,055.62 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,056.51 |
| 06/03/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 35,056.58 |
| 06/03/09 | | Transfer to Acct #*******0960 | Final Posting Transfer | 9999-000 | | 35,056.58 | 0.00 |

| Account *******6537 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | Deposits | 34,638.53 | 3 | Checks | 87.76 |
| | 35 | Interest Postings | 505.81 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 35,056.58 |
| | | Subtotal | $ 35,144.34 | | | |
| | | | | | Total | $ 35,144.34 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 35,144.34 | | | |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 9)*

Ver: 14.31c

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-32136 -SPS | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RILEY H. ROGERS | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0960 BofA - Checking Account |
| Taxpayer ID No: | *******7619 | | |
| For Period Ending: | 10/27/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/03/09 | | Transfer from Acct #*******6537 | Transfer In From MMA Account | 9999-000 | 35,056.58 | | 35,056.58 |
| 06/04/09 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,543.43 | 32,513.15 |
| 06/04/09 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 24.30 | 32,488.85 |
| 06/04/09 | 003003 | COHEN & KROL | Attorney fees per court order | 3110-000 | | 1,347.67 | 31,141.18 |
| 06/04/09 | 003004 | RONALD GERTZMAN | Attorney fees per court order | 3210-600 | | 2,760.00 | 28,381.18 |
| 06/04/09 | 003005 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 673.83 | 27,707.35 |
| 06/04/09 | 003006 | Comed<br>Attn: Bankruptcy Section/Revenue Managem<br>2100 Swift Drive<br>Oakbrook,IL 60523 | Claim 000002, Payment 114.85264% | | | 932.19 | 26,775.16 |
| | | | Claim 811.64 | 7100-000 | | | 26,775.16 |
| | | | Interest 120.55 | 7990-000 | | | 26,775.16 |
| 06/04/09 | 003007 | US AUTO TITLE<br>C/O GABRIEL B ANTMAN<br>77 W WASHINGTON SUITE 719<br>CHICAGO, IL 60602 | Claim 000004, Payment 114.85206% | | | 11,720.01 | 15,055.15 |
| | | | Claim 10,204.44 | 7100-000 | | | 15,055.15 |
| | | | Interest 1,515.57 | 7990-000 | | | 15,055.15 |
| 06/04/09 | 003008 | Riley Rogers | Surplus to Debtor<br>Surplus to Debtor | 8200-002 | | 15,055.15 | 0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| | |
|---|---|
| Case No: | 05-32136 -SPS |
| Case Name: | RILEY H. ROGERS |
| Taxpayer ID No: | *******7619 |
| For Period Ending: | 10/27/09 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0960  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******0960

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 8 | Checks | 35,056.58 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 35,056.58 |
| 1 | Transfers In | 35,056.58 | | | |
| | Total | $ 35,056.58 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 34,638.53 | 15 | Checks | 35,144.34 |
| 35 | Interest Postings | 505.81 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 35,056.58 |
| | Subtotal | $ 35,144.34 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 70,200.92 |
| 1 | Transfers In | 35,056.58 | | | |
| | Total | $ 70,200.92 | | Net Total Balance | $ 0.00 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

Ver: 14.31c